# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**PHILLIP MALCOLM,**

    **Petitioner,**

v.                                                   Case No. 4:20-cv-440-AW-GRJ

**WILLIAM BARR, et al.,**

    **Respondents.**

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's September 21, 2020, Report and Recommendation. ECF No. 6. No objections have been filed.[1] This case originated with a "Petition for a Motion to Hear and Rule" that related to Petitioner's request for § 2241 relief. Petitioner has another case seeking relief, and that case is ongoing. *See* Case No. 4:19-cv-392. I therefore agree with the magistrate judge that this case—to the extent it was even intended to be a separate case—should be dismissed without prejudice. The other case will continue. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on October 21, 2020.

                                          s/ *Allen Winsor*
                                          United States District Judge

---

[1] The Report and Recommendation was mailed to Petitioner and returned because he is no longer in the Louisiana facility. Petitioner was obligated to keep the court apprised of his current address.